IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHARD P. DEEDS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24-cv-2007 (LMB/WBP) |
| ) | |
| RUSHMORE LOAN MGMT. SERVS., LLC, et. ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

ORDER

On January 29, 2025, plaintiff Richard P. Deeds, Jr. filed a Motion to Stay [Dkt. No. 16] and a Motion to Remand [Dkt. No. 17]. On February 6, 2025, plaintiff filed a Motion to Withdraw the Motion to Remand [Dkt. No. 26] and a Motion to Withdraw the Motion to Stay [Dkt. No. 27]. Plaintiff also filed a Motion to Issue Summons [Dkt. No. 28]. Finding good cause in support of the three motions filed on February 6, 2025, it is hereby

ORDERED that Motion to Withdraw the Motion to Remand [Dkt. No. 26] and a Motion to Withdraw the Motion to Stay [Dkt. No. 27] be and are GRANTED; and it is accordingly

ORDERED that the Motion to Stay [Dkt. No. 16] and the Motion to Remand [Dkt. No. 17] be and are TERMINATED; and it is further

ORDERED that the Motion to Issue Summons [Dkt. No. 28] be and is GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 7th day of February, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge